IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OBEDIAH WALKER III, As Executor of the Estate of Obediah Walker, Jr.<br><br>Plaintiff,<br><br>v.<br><br>BLACKMER PUMP CO., et al.,<br><br>Defendants. | MDL 875<br><br>CIVIL ACTION NO. 16-5349 |

### ORDER

**AND NOW**, this 14th day of February 2019, upon consideration of Defendants Ingersoll-Company, Warren Pumps, and Blackmer Pump Co.'s Motions for Summary Judgment (Doc. Nos. 17, 18, 22), Plaintiff's Responses in Opposition to Defendants' Motions (Doc. Nos. 23, 24, 25), the arguments of counsel for the parties at the hearing held on February 28, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant Ingersoll-Rand Company's Motion for Summary Judgment (Doc. No. 17) is **DENIED**.

2. Defendant Warren Pumps' Motion for Summary Judgment (Doc. No. 18) is **DENIED**.

3. Defendant Blackmer Pump Co.'s Motion for Summary Judgment (Doc. No. 22) is **DENIED**.

                                                  BY THE COURT:

                                                  /s/ Joel H. Slomsky
                                                  JOEL H. SLOMSKY, J.